IIN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| RICHARD J. RUHE,<br><br>  Plaintiff,<br><br>vs.<br><br>FRANK and MARIA KRALL,<br><br>  Defendants. | Case No. 22-cv-00555-DKW-RT<br><br>**ORDER TO SHOW CAUSE RE: JURISDICTION AND OTHER MATTERS** |

Within ten (10) days of entry of this Order, Plaintiff Richard Ruhe is instructed to answer the following questions to assist the Court in addressing the issues, including jurisdictional issues, posed by Defendants' Motion to Dismiss, Dkt. No. 12.

1. On what date do you claim your minor daughter was "abducted" by Defendants?

2. Where did the abduction referenced in Question 1 occur?

3. Describe the circumstances of the abduction, including how it occurred, who witnessed it, and what Plaintiff understands to be Defendants' motivation for it.

4. If the abduction has since terminated, please state when and describe the circumstances.

5. At the time of the abduction, where did Plaintiff permanently reside?

6. At the time of the abduction, where did Plaintiff's minor daughter permanently reside?

7. At the time of the abduction, were the Defendants aware of Plaintiff's and Plaintiff's minor daughter's respective permanent residences?

8. With regard to the allegation of slander:

    a. what slanderous statement(s) did Defendants make,
    b. when was each statement made,
    c. via what mode or form of publication was each statement made, and
    d. to whom was each statement made?

9. Precisely which events, if any, giving rise to your claims occurred in the District of Hawaiʻi?

Defendants' Motion to Dismiss is held in abeyance, pending the Court's evaluation of Plaintiff's response to this Order.

IT IS SO ORDERED.

DATED: April 5, 2023 at Honolulu, Hawaiʻi.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge

_Richard J. Ruhe v. Frank and Maria Krall_; Civil No. 22-00555 DKW-RT;
**ORDER TO SHOW CAUSE RE: JURISDICTION AND OTHER MATTERS**